## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

ALEKSANDR NIKITIN

VERSUS

ELEAZAR GARCIA ET AL

CASE NO.  1:26-CV-01455 SEC P

JUDGE TERRY A. DOUGHTY

MAG. JUDGE KAYLA D. MCCLUSKY

### JUDGMENT

Considering the Report and Recommendation of the Magistrate Judge [Doc. No. 7], together with Petitioner Aleksandr Nikitin's written objections [Doc. No. 9] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Aleksandr Nikitin's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 13th day of July 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1